**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      LG Chem America, Inc. and LG Chem, Ltd. v. Tommy Morgan

Appellate case number:      01-19-00665-CV

Trial court case number:      100728-CV

Trial court:      239th District Court of Brazoria County

Appellants, LG Chem America, Inc., and LG Chem, Ltd., have filed a second motion for extension of time to file a motion for rehearing and for en banc reconsideration. The motion states that appellee, Tommy Morgan, does not oppose the motion. *See* TEX. R. APP. P. 10.3(a)(2). Accordingly, the motion is **granted**. Appellants' motion for rehearing or for en banc reconsideration, if any, shall be filed no later than February 12, 2021.

     **No further extensions will be granted absent extraordinary circumstances.**

     It is so ORDERED.


Judge's signature:    /s/ April L. Farris
                 ☑ Acting individually     ☐ Acting for the Court


Date: February 2, 2021